IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. 24-cv-08557 |
| v. | ) ) | Judge Andrea R. Wood |
| STRENGTH IN MANAGEMENT LLC, COMMUNITY INITIATIVES, INC., and REPUBLIC VANGUARD INSURANCE COMPANY a/s/o 7546 S PEORIA S PEORIA HOLDINGS, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter coming to be heard on Plaintiff Mesa Underwriters Specialty Insurance Company's ("MUSIC") Motion for Default Judgment against Defendants Strength in Management LLC and Community Initiatives, Inc. pursuant to Federal Rule of Civil Procedure 55(b) (Dkt. No. 17), the Court having previously entered default against Defendants Strength In Management LLC and Community Initiatives, Inc. under Federal Rule of Civil Procedure 55(a) (Dkt. No. 19), and the Court being fully advised in the premises, it is hereby **ORDERED** as follows:

1. MUSIC's Motion for Default Judgment is **GRANTED**.

2. The Court enters a final judgment declaring that MUSIC has no duty to defend or indemnify Defendants Strength In Management LLC and Community Initiatives, Inc. under policy number MP0005005001577 ("Policy") in relation to the lawsuit *Republic Vanguard Insurance Company a/s/o 7546 S Peoria Holdings, LLC v. Strength in Management LLC and Community Initiatives, Inc.*, Case No. 2023-L-010111 (Circuit Court of Cook County, Illinois) ("Lawsuit") for one or more of the following reasons:

    a. Community Initiatives, Inc. is not an insured under the Policy; and

    b. The Property Damage and Contractual Liability Exclusions apply and bar all coverage in relation to the Lawsuit;

SO ORDERED.

Dated: October 9, 2025

_____
Andrea R. Wood
United States District Judge